AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

RICARDO PITTMAN, JR.           **JUDGMENT IN A CIVIL CASE**

       v.                                Case Number: 09 C 30

VILLAGE OF DOLTON, ET AL

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that case is dismissed as to all defendants for lack of jurisdiction and for want of prosecution.

                                                               Michael W. Dobbins, Clerk of Court

Date: 11/19/2009                        _____

                                                               /s/ Donald Walker, Deputy Clerk